# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 19, 2012

No. 12-30184

Lyle W. Cayce
Clerk

KEYBANK NATIONAL ASSOCIATION,

Plaintiff

v.

PERKINS ROWE ASSOCIATES, L.L.C.,

Defendant

-------------------------------------------------------------------------------------------

KEYBANK NATIONAL ASSOCIATION,

Plaintiff-Appellee

v.

THORNCO, L.L.C.,

Defendant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CV-497

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-30184

After reviewing the record, studying the briefs, and listening to oral arguments, we AFFIRM the judgment of the district court for essentially the same reasons given by the district court in its well-reasoned Ruling on Motions for Summary Judgment. *KeyBank Nat'l Ass'n v. Perkins Rowe Assocs., LLC*, 823 F.Supp.2d 399 (M.D.La. Oct. 11, 2011).  AFFIRMED.